**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MELVIN GROSS, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGEN CORPORATION, JONATHAN Z. COHEN, KENNETH W. DEWEY, M. JAMES GORRIE, JAY GRINNEY, WILLIAM G. HARGETT, FRANCES POWELL HAWES, VINCENT J. INTRIERI, ALAN A. KLEIER, LORI A. LANCASTER, and JAMES T. MCMANUS, II,<br><br>Defendants. | Case No.: 2:18-cv-01711-RDP |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Melvin Gross ("Plaintiff"), by counsel, hereby gives notice that he is dismissing all claims in the above-captioned matter (the "Action"), with prejudice as to himself and without prejudice as to claims on behalf of the putative class in the Action. Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective "without a court order." Fed. R. Civ. P. 41(a)(1)(A). Additionally, Plaintiff has not previously dismissed any federal- or state-court action based on or including the same class claims. *See* Fed. R. Civ. P. 41(a)(1)(B).

Respectfully submitted,

GUIN STOKES & EVANS LLC

Dated:  November 21, 2018        *s/ David J. Guin*
David J. Guin (ASB-3461-G67D)
Tammy McClendon Stokes (ASB-6084-K69T)
300 Richard Arrington Jr Blvd. N., Suite 600
Birmingham, AL 35203
Phone: (205) 503-4505
Fax: (205) 226-2357
davidg@gseattorneys.com
tammys@gseattorneys.com

WEISSLAW LLP

Richard A. Acocelli
1500 Broadway, 16th Floor
New York, New York 10036
Phone:  (646) 588-3153
Fax:  (212) 682-3010
RAcocelli@weisslawllp.com

BRAGAR EAGEL & SQUIRE, P.C.

Melissa A. Fortunato
885 Third Avenue, Suite 3040
New York, NY 10022
Phone:  (212) 308-5858
Fax:  (212) 214-0506
fortunato@bespc.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed and served via the Court's Electronic Filing system this 21st day of November, 2018 upon:

Joseph B. Mays, Jr.
Phillip J. Carroll III
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

Rachelle Silverberg
Tamara Livshiz
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019

       /s/ David Guin
       *Of Counsel*