# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MELVIN GROSS,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:18-cv-01711-RDP |
| **ENERGEN CORPORATION, et al.,** | } |
| Defendants. | } |

## ORDER

This case is before the court on Plaintiffs' Notice of Voluntary Dismissal. (Doc. # 15). Plaintiff has dismissed all claims in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Because the notice was filed "before the opposing party serve[d] either an answer or a motion for summary judgment," the dismissal is effective "without a court order." Fed. R. Civ. P. 41(a)(1)(A)(i). The dismissal is with prejudice as to Plaintiff Melvin Gross and without prejudice as to claims by the putative class members in this action.

Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this November 26, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE